UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHELTER MUTUAL INSURANCE COMPANY,

    Plaintiff,

v.

WADE A DIAL, JUSTIN HEFFLIN and DALE WILLIFORD,

    Defendants.

Case No. 08-cv-904-JPG

## **JUDGMENT**

This matter having come before the Court, and all parties who have appeared having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**JUSTINE FLANAGAN, Acting Clerk**

**By:s/Deborah Agans, Deputy Clerk**

**Dated: April 28, 2009**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**